**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

CASE NO. ____________________

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Tyrone Spence

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**]

lieutenant peau

Captain JoHn Doe

Complete every section and **SIGN THE LAST PAGE.**

[redacted]

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ✓ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR (for excessive use of force)

2. __________ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Tyrone spence
   b. Inmate Number: 367464
   c. Correctional facility: Corrigan CC

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six defendants, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: Peau
   b. Rank or Title: Lieutenunt
   c. Workplace: corrigan cc

[redacted]

2. second Defendant
John Doe
Captain
work place: Corrigancc

D. Statement of case:

1) on october 21, 2020 the paintiff was sent to Restrictive houseing for painting his face.

2) While on his way to R.H.U. in the Hallway outside F&H unit the plaintiff refused to walk.

3) After the plaintiff refused to walk During escort Defendant John Doe instructed Defendant peau to put leg shackles on the plaintiff and put him in a wheel chair.

4) At this point the plaintiff was hand cuffed Behind his Back and had leg shackles on his feet with two officers securly holding his arms.

5) The plaintiff was put in a wheel chair that was very small.

6) As the officers Began to move Down the hall the plaintiffs feet were Draging the Ground for two Reasons

7) The plaintiffs feet were Draging the Ground Because the Defendants refused to put the foot rest Down so the plaintiff could rest his feet The plaintiff is 265 pounds and has a very wide Build Do to that fact and the fact that his

hands were cuffed Behind his Back the plaintiff could not adequatly fit into the wheel chair and so was forced to sit on the edge of the seat wich made keeping his feet off the ground impossible.

8) at this point the Defendants instructed the officers to tilt the wheel chair Backwards

9) When the officers tilted the wheel chair Backwards the plaintiff still was sitting on the edge of the seat But now his Body was Being forced to extend and he ended up on the edge of his seat with his legs out straight and still Draging the ground Because the Defendants still refused to put the leg rest Down so the plaintiff could rest his feet.

10) At this time Defendant John Doe instructed Defendant peau to spray me with chemical agent at the count of three if I continued to Drag my feet

11) Through out this entire time the plaintiff repeatedly asked the Defendants to put the leg rest Down so he could rest his feet But they still refused.

12) The plaintiff was leg shackled, cuffed Behind his Back and in a wheel chair he was in no position to harm any of the over (5) Five D.O.C. officials or himself nor did he threaten to harm them or himself at all times the Defendants had complete physical control.

13) Defendant peau sprayed the plaintiff with chemical agent at Defendant JoHn Does instruction because the plaintiffs feet were Draging the ground.

14) After he was sprayed with chemical agent the plaintiff Began to cry and stated that all the Defendants had to Do was put the leg rest Down so he coud rest his feet and that they had no reason to spray him with chemical agent because he was shackled and cuffed Behind his back sitting in a wheel chair with no ability to hurt anyone or himself.

15) After spraying him the Defendants continued to move the plaintiff to R.H.U. in the wheel chair with his feet still Draging the ground because they refused to put the leg rest Down.

16) the Defendants Brought the plaintiff to medical Before Bringing him to R.H.U. while in medikal the plaintiff continued to ask for the Defendants to put the leg rest Down and began crying and screaming that they Didnt have to spray him with chemical agent.

17) After nurseing staff and mental health staff made a comment about the leg rest the defendants put the leg rest Down and transported the plaintiff to R.H.U. with no issue from the plaintiff.

18) At all times the plaintiff was Being recorded By handheld video wich also contains Audio.

19) The Defendants utilized unnecessary and excessive force when they sprayed the plaintiff with chemical agent Because his feet were Draging the ground.

20) The Defendants did not exhaust all possible options Before using force and Delibratly ignored the plaintiffs pleas to put the leg rest Down so he could rest his feet wich would have made it possible for the plaintiff to keep his feet off the ground and comply with the Defendants order to not Drag his feet.

21) The Defendants could have put the leg rest Down at any time and consciously Refused to until after spraying the plaintiff with chemical agent and other DOC. employees commented on the option.

22) The Defendants eventualy put the leg rest Down and the plaintiff rested his feet in them had the Defendants Done this in the begining when putting the plaintiff in the wheel chair they would have never been able to spray him with chemical agent claiming the plaintiff was being non-compliant.

23) The Defendants had no reason to spray the plaintiff with chemical Agent he was not a threat to anyone

and they Refused to rectify the issue by utilizing the option that was open to them wich was to put the footrest Down so the plaintiff could rest his feet and keep them off the ground.

24) The plaintiff ended up Being Brought to RHU with no further Discussion about Dragging his feet after the footrest were put Down wish shows that he would have not Been Draging his feet and would have complied with transport after being put in the wheel chair.

E. Request for relief

1) Compensatory Damages in the Amount of $75,000 from each Defendant in their [redacted] individual capacity.

2) punitive Damages in the Amount of $100,000 from each Defendant in their individual capacity.

*All Request for money Damages are at no time requested from The Defendants in their official capacity

F. Jury Trial Requested

G. Declaration under penalty of Perjury.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accrate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for



continued

perjury, and punished with as much as Five (5) years in prison and or a Fine of $250,000 see 18 U.S.C. Sections 1621, 3571.

Signature:

Signed At: Uncasville Ct on 1/17/21