# Complaint

Spence
V.
Peau EtAL

Contents

1) Request for informa pauperis
2) Complaint